Hillsborough, }
June, 1899. }

STATE (*ex rel.* BORTHWICK *& a.*) *v.* HARRINGTON *& a.*

PETITION, under P. S., c. 205, ss. 4, 5. This is the same case reported *ante, p.* 496. After that decision, the plaintiffs moved at the trial term for an injunction against all the defendants, but introduced no evidence except the record. The motion was granted as to the tenant, and an order made dismissing the bill as to the landlords, to which the plaintiffs excepted.

*Martin & Howe, Matthews & Sawyer,* and *Sherman E. Burroughs,* for the plaintiffs.

*David A. Taggart, Elijah M. Topliff, John P. Bartlett,* and *Drury & Hurd,* for the defendants.

WALLACE, J. No question of law is presented by the case. It was a question for the trial term whether there was occasion for the injunction to issue or not.

*Exceptions overruled.*

YOUNG, J., did not sit: the others concurred.